FILED'08 APR 04 17:10USDC-ORP

SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM C. HOLIFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 07-599 PK<br><br>ORDER FOR EAJA FEES |

Based on the parties stipulation, it is hereby ORDERED that attorney fees of $3,362.49 are awarded to plaintiff (Holifield) under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs under 28 U.S.C. 1920, both sums payable directly to his attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon 97035.

DATED this 4th day of April, 2008.

_____
UNITED STATES DISRCTIC COURT JUDGE

* * *

* * *

* * *

ORDER FOR EAJA FEES - 1

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ NANCY MISHALANIE
NANCY MISHALANIE
Special Assistant United States Attorney

ORDER FOR EAJA FEES - 2